FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0351

STATE OF MONTANA,

      Plaintiff and Appellee.

   v.

ISAAC WILLIAM MACY,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including October 30, 2023, within which to prepare, serve, and file its response brief.

**MP**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 22 2023